UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARNER BROTHERS RECORDS,
INC., et al,

        Plaintiff(s),

v.

BRITTANY FISHER,

        Defendant(s).
                         /

CASE NUMBER: 07-14186

HONORABLE AVERN COHN
UNITED STATES DISTRICT JUDGE

## ORDER DISMISSING ORDER TO SHOW CAUSE

The Court having issued an Order to Show Cause on January 04, 2008 as to why the above case should not be dismissed for lack of progress and the Court having received a response, the Court hereby dismisses its own Order to Show Cause.

SO ORDERED.


Dated: January 23, 2008           s/Avern Cohn
                                      AVERN COHN
                                      UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, January 23, 2008, by electronic and/or ordinary mail.

                                                s/Julie Owens
                                                Case Manager, (313) 234-5160